UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | |
| MARKARAND DHAVALE, | VIOLATIONS: |
| Defendant | 18 U.S.C. § 2423(b)<br>(Travel with Intent to Engage in Illicit Sexual Conduct) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about April 9, 2019, in the District of Columbia and elsewhere, the defendant, **MARKARAND DHAVALE**, did travel in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person.

**(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b)).

MATTHEW M. GRAVES
United States Attorney

*/s// Janani Iyengar*
Janani Iyengar
Assistant United States Attorney,
New York Bar No. 5225990
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7760
Janani.iyengar@usdoj.gov