UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **CRIMINAL NO. 22-cr-115** |
| : | |
| **MARKARAND DHAVALE,**  : | |
| **Defendant.**  : | |

## CONSENT MOTION TO EXTEND FILING DEADLINES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to extend the filing deadlines for the government's sentencing memorandum as well as the Defendant's sentencing memorandum. The government respectfully requests that, because the plea hearing and sentencing hearing in this matter have been rescheduled to September 21, 2022, that the Court allow the government to file its sentencing memorandum by September 9, 2022. The government and Defendant further request that the Court allow the Defendant to file his sentencing memorandum by September 14, 2022.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

    By:   /s/   Janani Iyengar
           Janani Iyengar
           Assistant United States Attorney
           NY State Bar No. 5225990
           U.S. Attorney's Office
           555 4th Street, N.W.

        Washington, D.C. 20530
        202-252-7760
        Janani.iyengar@usdoj.gov